IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**KENNETH RAY PATTERSON**                                    **PLAINTIFF**

**VERSUS**                             **CIVIL ACTION NO. 1:08-cv-1491-HSO-JMR**

**PEARL RIVER COUNTY SHERIFF'S
DEPARTMENT, ET AL.**                                            **DEFENDANTS**

## FINAL JUDGMENT

This matter is before the Court on submission of the Report and Recommendation of Chief United States Magistrate John M. Roper [58-1] entered in this cause on March 9, 2010. The Court, having adopted said Report and Recommendation as the finding of this Court by Order entered this date, finds that this matter should be dismissed without prejudice. Accordingly,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, this matter be, and hereby is, **DISMISSED WITHOUT PREJUDICE** pursuant to FED. R. CIV. P. 41(b).

**SO ORDERED AND ADJUDGED**, this the 30th day of March, 2010.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE